**Daren J. Rylewicz**
*General Counsel and Director of Legal Services*

**Leslie C. Perrin**
**Steven M. Klein**
*Deputy Counsels*



Local 1000, AFSCME, AFL-CIO

Eric E. Wilke
Aaron E. Kaplan
Jennifer C. Zegarelli
Scott Lieberman

Thomas Morelli
Mary Slattery
Alexandra Menge
Dara S. Hebert

June 12, 2023

**VIA ECF**

Hon. Anne Y. Shields
Magistrate Judge
U.S. District Court, Eastern District of New York
U.S. Courthouse
100 Federal Plaza, Room 830
Central Islip, New York 11722-4449

Re:   *Aliberti, et al. v. County of Nassau*
       Civil Action No. 2:15-cv-07111
       CSEA Matter No. 10-1181

Dear Judge Shields:

We are writing this correspondence to provide a status update to the Court.

The parties are continuing settlement discussions in this complicated matter. Defendants are in the process of sending a revised damage calculation spreadsheets to the Plaintiffs, and Plaintiffs will promptly review those calculations upon receipt of same. Furthermore, the County is still in the process of implementing a new time-keeping system, which will prospectively correct the issues which are the subject of the complaint in this matter. The parties therefore make a joint request to extend discovery until September 15, 2023.

Thank you for your courtesies and consideration.

Very truly yours,

*/s/ Eric E. Wilke*

Eric E. Wilke
Senior Counsel

cc:   Stephen Martir, Esq. *(via ECF)*
      Deanna Panico, Esq. *(via ECF)*

PL/10-1181/EEW/mna/Ltr to Judge Shields/#1218649

CSEA, Inc. • 143 Washington Avenue, Capitol Station Box 7125, Albany, New York 12224-0125 • (518) 257-1000
Legal Department Direct Line (518) 257-1443      Legal Department Facsimile (518) 449-1525